# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **WILLIAM D. PERRY,** | ) | |
| | ) | |
| Plaintiff, | ) | 8:08CV514 |
| | ) | |
| v. | ) | |
| | ) | |
| **DRIFIRE, LLC,** | ) | **ORDER TO SHOW CAUSE** |
| | ) | |
| Defendant. | ) | |
| | ) | |

The records of the court show that, by letters dated December 2, 2008 (Doc. 7 & Doc. 8), attorneys Julie L. Gottshall and Rena B. Dunn were directed to register for the U.S. District Court of Nebraska's Case Management/Electronic Case Filing System ("System") within fifteen (15) days.

As of this date, the attorneys have not complied with this requirement.

**IT IS ORDERED** that, on or before January 20, 2009, attorneys Julie L. Gottshall and Rena B. Dunn shall register for the System or show cause by written affidavit why they cannot comply with the rules of the court.

**DATED January 7, 2009.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**