# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| WILLIAM D. PERRY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 8:08CV514 |
| | ) | |
| DRIFIRE LLC, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the court on plaintiff's Motion for leave to amend the complaint and add Sterling Capital Partners, LP as a codefendant. Response time has passed, and no response in opposition was filed.

Pursuant to NECivR 15.1 and Fed. R. Civ. P. 15(a),

**IT IS ORDERED** that the motion (Doc. 17) is granted. Plaintiff shall file and serve the Amended Complaint no later than **April 15, 2009.** Adverse parties shall respond within the time allowed by Fed. R. Civ. P. 15(a).

**DATED March 12, 2009.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**