# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| WILLIAM D. PERRY, ) | |
| ) | Case No. 8:08CV514 |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | ORDER |
| DRIFIRE, LLC, ) | |
| ) | |
| Defendant. ) | |

Counsel appeared telephonically for Rule 16 conference. Progression of the case reviewed. The parties advised the court that they have agreed to mediate this dispute. Accordingly,

**IT IS ORDERED:**

1. By **July 10, 2009**, the parties shall notify the court of their choice of mediator and the date of their mediation session, pursuant to the Mediation Plan for the U. S. District Court, District of Nebraska. Other information regarding mediation, including a list of federal mediators, is available on the court's web site, www.ned.uscourts.gov.

2. The planning conference will be rescheduled, if necessary, if the matter is not settled in mediation.

Dated this 19th day of May 2009.

BY THE COURT:

S/ F. A. Gossett
United States Magistrate Judge