IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **WILLIAM D. PERRY,** | ) | CASE NO. 8:08CV514 |
| **Plaintiff,** | ) | |
| | ) | **ORDER OF** |
| v. | ) | **DISMISSAL** |
| **DRIFIRE LLC,** | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the parties' Amended Joint Stipulation for Dismissal with Prejudice.  The stipulation complies with the requirements of Fed. R. Civ. P. 41(a)(1)(ii), and the Court finds that it should be approved.  Accordingly,

IT IS ORDERED:

1. The parties' Amended Joint Stipulation for Dismissal with Prejudice (Filing No. 33) is approved, and the relief requested therein is granted;

2. The Complaint and all claims and counterclaims in this action are dismissed with prejudice;

3. The Clerk of the Court is directed to strike the parties' Joint Stipulation for Dismissal with Prejudice (Filing No. 31) for the reason that it is an incomplete document; and

4. The parties shall pay their own costs and attorneys' fees.

DATED this 31st day of August, 2009.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge